THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE KRAUSE, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>vs.<br><br>EXPEDIA GROUP, INC. and EGENCIA, LLC,<br><br>    Defendants. | Case Number: 2:19-cv-00123-MAT<br><br>ORDER GRANTING JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT AND MOTION TO DISMISS |

BEFORE THE COURT is the Parties' Joint Motion for Approval of Fair Labor Standards Act Settlement and Motion to Dismiss. Having considered the Motion and the arguments of Counsel, the Court is of the opinion that the Motion should be GRANTED.

Therefore, it is ORDERED that Parties' Fair Labor Standards Act settlement is hereby APPROVED and Plaintiffs' Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated this 5th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE